IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAYMOND ORRAND, *et al.,*

      Plaintiffs,

    vs.                            Civil Action 2:07-CV-849
                                     Judge Marbley
A. BONAMASE CONTRACTING,        Magistrate Judge King
INC.,
      Defendant.

## ORDER

The complaint in this action seeks, *inter alia,* an audit of defendant's books and records.  *Complaint,* Doc. No. 2.  The defendant's default has been entered.  *See* Doc. No. 9.  This matter is now before the Court on plaintiffs' motion for partial summary judgment, Doc. No. 6.

The motion for partial summary judgment, Doc. No. 6, is **GRANTED.**

Defendant is **ORDERED** to make its books and records available to plaintiffs' auditing agents within thirty (30) days of the date of this order.  Defendant's failure to do so may result in the assessment of sanctions, including contempt proceedings.

Plaintiffs are **ORDERED** to report on the status of this case within forty-five (45) days.

                            *s/Algenon L. Marbley*
                              Algenon L. Marbley
                    United States District Judge